IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT _Palmer_____

Eileen Farrar )
_____ )
_____ Plaintiff(s), )
)
vs. )
)
_____ )
_____ )
Volkswagen of America _____ Defendant(s). )

CASE NO. 3 PA - 1 7 -147 ___ SC

**COMPLAINT**

Plaintiff ☒ is a corporation that has paid its taxes due the state and filed its required reports.
☐ is not a corporation.

Defendant is indebted to the plaintiff in the principal amount of $ 12,000_____
plus interest and court costs as a result of failure to pay of loan amount in a reasonable time
frame; failure to communicate with lender and consumer regarding claim/loan. Negative ratings
~~on consumer credit and with lender due to failure to act in a reasonable amount of time. In~~
addition failure to remove name from liability for the vehicle which they took possession of over
60 days ago.

which occurred at or near_Palmer/Anchorage_____, Alaska, on
or about _2/24/2017_____
                            (month/day/year)

Plaintiff has demanded relief from the defendant, but defendant has failed to comply. Plaintiff
requests small claims procedure, gives up the right to a jury trial and formal procedure in this
case, and waives all of this claim which exceeds $10,000. If the court enters an order applying
the formal Rules of Civil Procedure rather than the Small Claims Rules to this action, this waiver
will be null and void. This action is filed at a court which will not cause unnecessary expense or
inconvenience to the defendant and is the court nearest to: (Check applicable boxes.)

☒ the residence or place of employment of defendant.

☒ where personal injury or property damage occurred.

☒ where the defendant does or solicits business.

Eileen Farrar
_____
Print Name and Title (if applicable)

_____5/8/17_____            _____
Date                             Plaintiff (Signature)

                                 PO Box 671648          Chugiak AK 99567-1648
                                 Mailing Address         City        State        ZIP
                                 907-317-4646           907-317-4646
                                 Home Phone                         Work Phone

Instructions: If you are filing documents supporting your claim (for example: promissory notes,
checks, receipts, bills), you must also attach a copy of each document for each defendant.

SC-1 (5/12)(st.3)                                    Dist. Ct. Civ. R. 10(a) and 12(a)
COMPLAINT                                                          AS 22.15.040

PAGE _1_  EXHIBIT _1_

May 8, 2017

RE: Volkswagen (VW) Claim # 161826860 & 3PA-


On November 11, 2013, I purchased a VW - Jetta - Sedan - diesel. I learned in September 2015, that VW had committed fraud against consumers who purchased a VW diesel vehicle. In October, 2016, the Federal Courts accepted a plea deal with VW and the Federal Government.

On December 5, 2016, I filed my claim online via the portal that was set up by VW. On that same date I signed a Release of Information (ROI) for my lender, Credit Union 1. I also called the toll free number and spoke to "Raven" regarding the questions I was answering. One of my questions that day was how long does this process take. She responded: once you file your claim we have 20 days to review it; then we send you a response/offer; you then have 20 days to review that and respond; once you accept the offer then you set up and appointment to have the car bought back (if you select that option) which will take place in 15 days. So from start to finish 54-60 days depending on how fast everyone responses to the next step.

On January 5, 2017, I accepted the offer but nothing thereafter went remotely as planned or previously stated. I went to make my appointment to have the car bought back and was given the date of February 24, 2017, at 1200 hours. I called in to say that was not acceptable as everyone knows when you get a pay off amount for a loan it is usually only good for 10 days and if you ask maybe 20 but that is not usually the case. I was then told by customer service that I was wrong about the time frames and since I live in Alaska they had NO representative until then to take the car back. I asked for a supervisor and was told one was not available and they would call me back. No call was ever returned.

So, I waited till 2 weeks before the 24th and called in again to get the process of returning the car as I wanted my credit union involved in the buy back process. So, I spoke with a supervisor named Shirley, she told me that at my appointment they will look at the car verify everything then with in 48-72 hours a check will be overnighted to my lender. I stated but I had been told that since the offer was accepted the checks (both lender pay off and restitution check) would be given at the day of appointment. She stated that the check would be made out to my lender but that will only be done after the vehicle is received. I was skeptical about turning over a vehicle without a pay off check in hand but I felt I had no choice in the matter. I went to my credit union and explained what I had been told and was worried about this process. The Assistant Branch Manager I had been working with was very understanding and offered to call VW to work out the payment. I was thrilled for the help and provided all the documentation that I had been provided from VW and explained that I signed a ROI for the credit union on December 5, 2016. She stated that is on file as they called us and received the pay off amount in January. However, the was NOT the case and VW flat

out REFUSED to speak to her or the credit union at all and stated they were NOT a party to the case. But legally they are and VW should NOT have refused. But they did multiple times. Being the great credit union they are they tried again to speak to VW about the pay off and process to which again they were denied any information and refused to look for the ROI that was on file. So, even my credit union was turned away.

On February 24, 2017, at 1200 hours at the Kendall VW Dealer in Anchorage, I turned over my vehicle and once again the entire process was changed again! I was informed that the pay off for the vehicle would take place in 30 days. I was SHOCKED and upset at that statement; I explained what I had been told and the response was I have no idea why you were told that. I then placed a call to the toll free number while waiting for the lady completed the acceptance of my vehicle and once again their story had changed. On the phone I was told the process which again changed from what I was told the last time I called in. I stated that fact, that each time I call in the story changes on how this is to work. Their response, they could see that I had been calling in but didn't know what information I was told. So, I completed the return process, left and went straight to my credit union and explained what I was told. They again were understanding and stated given the documents they had, they felt that VW in good faith would pay off the loan in 30 days as they stated and would work with me on giving me another loan.

After multiple phone calls, emails and internet searches to get help in getting my loan paid off in a reasonable time frame as promised or expected that has not happened. I have called the secondary and primary law firms that handled the original case and was told they cannot take action but that I was not alone in this issue. I even called VW no help. I signed back into the portal, my claim shows settled and closed, so no help there. I even called Federal Agencies, such as OCC and Consumer Finance (complaint).com they cannot help me. I have taken countless other steps to resolve this issue but all end with no help and the issue remains unresolved.

At this time my loan has 6 negative reports against my credit due to the unreasonable amount of time VW is taking in getting a check to my lender. In addition, until my name is off the title, which means until it is paid off, I am legally responsible for the vehicle in the State of Alaska, but I have no idea where the vehicle is and I took the insurance off of it the day I returned it. So, at this time I am asking for damages for negative reporting (per the Fair Credit Reporting Act). Due to the negligence of VW and their unreasonable pay off procedures this has created an undue burden on me and my lender.

Eileen Farrar

IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT _Palmer_

Eileen Farran

_____ Plaintiff(s),

vs.

VW of America Inc.

_____ Defendant(s).

CASE NO. _3PA - 17 - 147_ SC

ANSWER, COUNTERCLAIM, REQUEST
FOR CHANGE OF PLACE OF TRIAL

*[Only defendants who elect small claims procedure may use this form. Do not use this form if you elect Part I of the District Court Rules of Civil Procedure.]*

1. **ANSWER.** Defendant answers the complaint as follows:
   ☐ I agree with what the plaintiff claims.
   ☐ I owe the plaintiff: ☐ Nothing ☐ $ _____ because _____
   _____
   _____

   ☐ COUNTERCLAIM. The plaintiff owes me $ _____ because _____
   _____
   _____

   NOTE: The maximum amount of the counterclaim which may be recovered under small claims procedure is $10,000. A plaintiff against whom a counterclaim is filed has ten days after such claim is mailed to him/her to demand that formal District Court rules apply. If plaintiff does so, this action will no longer be treated as a small claim.

2. **REQUEST FOR CHANGE OF PLACE OF TRIAL.** ☐ I request that the court change the place of trial to _____, Alaska, because _____
   _____

3. **SMALL CLAIMS ELECTION.** I understand I have the right to proceed under Part I of the District Court Rules of Civil Procedure. However, I HEREBY ELECT SMALL CLAIMS PROCEDURE. I give up my right to a jury trial and formal procedure and waive all my counterclaim (if any) which exceeds $10,000.

_____
Date

_____
Print Name and Title (if applicable)

| FOR COURT USE ONLY |
|---|
| I certify that on _____ a copy of this answer was sent to plaintiff(s): _____ |
| Clerk: _____ |

_____
Signature

_____
Mailing Address   City   State   ZIP

_____
Home Phone                    Work Phone

INSTRUCTIONS: If you are filing documents supporting your claim (for example: checks, receipts, bills), you must attach them to this Answer. You must also attach a copy of each document for the plaintiff. Return the original and one copy of this Answer to the court. Keep one copy for your records.

SC-3 (9/04)(st.3) ANSWER

Dist. Ct. Civ. R. 10, 12, 13

PAGE _4_   EXHIBIT _1_

IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT _Palmer_

_Eileen Farran_
_____ Plaintiff(s),

vs.

_VW of America Inc._
_____ Defendant(s).

CASE NO. _3PA - 17 - 147_ SC

ANSWER, COUNTERCLAIM, REQUEST
FOR CHANGE OF PLACE OF TRIAL

_[Only defendants who elect small claims procedure may use this form. Do not use this form if you elect Part I of the District Court Rules of Civil Procedure.]_

1. **ANSWER.** Defendant answers the complaint as follows:
   ☐ I agree with what the plaintiff claims.
   ☐ I owe the plaintiff: ☐ Nothing ☐ $ _____ because _____
   _____
   _____

   ☐ COUNTERCLAIM. The plaintiff owes me $ _____ because _____
   _____

   NOTE: The maximum amount of the counterclaim which may be recovered under small claims procedure is $10,000. A plaintiff against whom a counterclaim is filed has ten days after such claim is mailed to him/her to demand that formal District Court rules apply. If plaintiff does so, this action will no longer be treated as a small claim.

2. **REQUEST FOR CHANGE OF PLACE OF TRIAL.** ☐ I request that the court change the place of trial to_____, Alaska, because _____
   _____

3. **SMALL CLAIMS ELECTION.** I understand I have the right to proceed under Part I of the District Court Rules of Civil Procedure. However, I HEREBY ELECT SMALL CLAIMS PROCEDURE. I give up my right to a jury trial and formal procedure and waive all my counterclaim (if any) which exceeds $10,000.

_____          _____
Date                                Print Name and Title (if applicable)

| FOR COURT USE ONLY |
| --- |
| I certify that on _____ a copy of this answer was sent to plaintiff(s): _____ |
| Clerk: _____ |

_____
Signature

_____
Mailing Address      City      State      ZIP

_____
Home Phone                        Work Phone

INSTRUCTIONS: If you are filing documents supporting your claim (for example: checks, receipts, bills), you must attach them to this Answer. You must also attach a copy of each document for the plaintiff. Return the original and one copy of this Answer to the court. Keep one copy for your records.

SC-3 (9/04)(st.3) ANSWER                    Dist. Ct. Civ. R. 10, 12, 13

IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT _Palmer_

_Eileen Farran_ )
_____ Plaintiff(s), )
)
vs. )
_VW of America Inc._ )
_____ Defendant(s). )
_____ )

CASE NO. _3PA - 17 - 147_ SC

ANSWER, COUNTERCLAIM, REQUEST
FOR CHANGE OF PLACE OF TRIAL

_[Only defendants who elect small claims procedure may use this form. Do not use this form if you elect Part I of the District Court Rules of Civil Procedure.]_

1. **ANSWER.** Defendant answers the complaint as follows:
   ☐ I agree with what the plaintiff claims.
   ☐ I owe the plaintiff: ☐ Nothing ☐ $ _____ because _____
   _____
   _____

   ☐ COUNTERCLAIM. The plaintiff owes me $ _____ because _____
   _____
   _____

   NOTE: The maximum amount of the counterclaim which may be recovered under small claims procedure is $10,000. A plaintiff against whom a counterclaim is filed has ten days after such claim is mailed to him/her to demand that formal District Court rules apply. If plaintiff does so, this action will no longer be treated as a small claim.

2. **REQUEST FOR CHANGE OF PLACE OF TRIAL.** ☐ I request that the court change the place of trial to _____, Alaska, because _____
   _____

3. **SMALL CLAIMS ELECTION.** I understand I have the right to proceed under Part I of the District Court Rules of Civil Procedure. However, I HEREBY ELECT SMALL CLAIMS PROCEDURE. I give up my right to a jury trial and formal procedure and waive all my counterclaim (if any) which exceeds $10,000.

_____        _____
Date                             Print Name and Title (if applicable)

| FOR COURT USE ONLY |
|---|
| I certify that on _____ a copy of this answer was sent to plaintiff(s): _____ |
| Clerk: _____ |

_____
Signature

Mailing Address    City        State        ZIP

Home Phone                      Work Phone

INSTRUCTIONS: If you are filing documents supporting your claim (for example: checks, receipts, bills), you must attach them to this Answer. You must also attach a copy of each document for the plaintiff. Return the original and one copy of this Answer to the court. Keep one copy for your records.

SC-3 (9/04)(st.3) ANSWER                    · Dist. Ct. Civ. R. 10, 12, 13

PAGE _10_ EXHIBIT _1_