Steven S. Tervooren
HUGHES WHITE COLBO
WILCOX & TERVOOREN, LLC
1029 W. 3rd Avenue, Suite 110
Anchorage, AK 99501
Telephone: (907)274-7522
Facsimile: (907)263-8320
Email: stervooren@hugheswhite.com

Attorneys for Defendant Volkswagen
Group of America, Inc.

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| EILEEN FARRAR,<br><br>    Plaintiff,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>    Defendant. | Case No. : 3:17-CV-00130-TMB |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS NOW HEREBY STIPULATED and agreed by and between Plaintiff, Eileen Farrar, and Defendant, Volkswagen Group of America, Inc., that all claims which were raised or could have been raised in the above-entitled action be dismissed with prejudice

Stipulation for Dismissal with Prejudice
*Farrar v. Volkswagen Group of America, Inc.* Case No.: 3:17-cv-00130-TMB
(10543-3/394034)
Page **1** of 3

and without costs or attorney fees to any of the parties, for the reason that the issues presented have been fully resolved.

This Stipulation for Dismissal is in accordance with Rule 41(a)(1)[b] of the Federal Rules of Civil Procedure providing that an action may be dismissed without order of the court by filing a Stipulation for Dismissal signed by all parties.

Plaintiff

6/7/17
Date

By: _____
Eileen Farrar

HUGHES WHITE COLBO
WILCOX & TERVOOREN, LLC
Attorneys for Defendant Volkswagen Group
of America, Inc.

6/7/17
Date

By: _____
Steven S. Tervooren
ABA No. 7910085

HUGHES WHITE COLBO
WILCOX & TERVOOREN, LLC
1029 W. 3rd Avenue, Suite 110
Anchorage, Alaska 99501
(907) 274.7522
courtdocument@hugheswhite.com

Stipulation for Dismissal with Prejudice
*Farrar v. Volkswagen Group of America, Inc.* Case No.: 3:17-cv-00130-TMB
(10543-3/394034)
Page **2** of **3**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was hand delivered to:

Eileen Farrar
PO Box 671648
Chugiak, AK 99567-1648

*/s/ Steven S. Tervooren*
Steven S. Tervooren

HUGHES WHITE COLBO
WILCOX & TERVOOREN, LLC
1029 W. 3rd Avenue, Suite 110
Anchorage, Alaska 99501
(907) 274.7522
courtdocument@hugheswhite.com

Stipulation for Dismissal with Prejudice
*Farrar v. Volkswagen Group of America, Inc.* Case No.: 3:17-cv-00130-TMB
(10543-3/394034)
Page 3 of 3

Case 3:17-cv-00130-TMB   Document 4   Filed 06/07/17   Page 3 of 3